No. 04–1230. WRIGHT ELECTRIC, INC. v. OUELLETTE ET AL. Ct. App. Minn. Certiorari denied.

No. 04–1257. KETTENBACH v. DEMOULAS, ADMINISTRATRIX OF THE ESTATE OF DEMOULAS AND NEXT FRIEND OF DEMOULAS, ET AL. App. Ct. Mass. Certiorari denied.

No. 04–1369. EDDINGS ET AL. v. JUNKER. C. A. Fed. Cir. Certiorari denied.

No. 04–1374. CITY OF HEMET, CALIFORNIA, ET AL. v. SMITH. C. A. 9th Cir. Certiorari denied.

No. 04–1385. MANION v. NAGIN ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–1389. OXLEY v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 04–1394. BUREAU v. SYNTEGRA (USA), INC., ET AL. Ct. App. Minn. Certiorari denied.

No. 04–1395. ELLIS v. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON. C. A. 5th Cir. Certiorari denied.

No. 04–1397. GERBER ET AL. v. AGYEMAN. C. A. 9th Cir. Certiorari denied.

No. 04–1398. GOODMAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–1400. FEDERAL WAY SCHOOL DISTRICT v. M. L., A MINOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1416. CITY OF CLEVELAND, OHIO v. BECK ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1422. JIMENEZ SANCHEZ v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–1443. MADRID v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.